## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     )ss.:
COUNTY OF NEW YORK   )

    Robyn Lorenzo, being sworn, deposes and says: I am not a party to the action, am over 18 years of age, reside in Staten Island, New York, and am employed in the office of Litchfield Cavo.

    On the 26th day of August, 2008, I served a true copy of the annexed **ANSWER**, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known addressee as indicated below:

    LAW OFFICE OF KENNETH A. LABARCA
    305 Broadway, Suite 805
    New York, NY  10007
    (212) 962-2211
    *Attorneys for Plaintiff*

                                                    *Robyn Lorenzo*

Sworn to before me this
26th day of August, 2008

_____
**Notary Public**

MARIA C. LLANOS
Commissioner of Deeds, City of New York
No. 2-6050
Certificate Filed in Kings County
Commission Expires _____