## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              s.s.:
COUNTY OF NEW YORK   )

ROBYN LORENZO, being duly sworn, deposes and says:

That deponent is not a party to the within action, is over 18 years of age and resides in Staten Island, New York.

That on the 3rd day of September, 2008, deponent served the within **STATEMENT OF COMPLIANCE WITH LOCAL RULE 81.1 (b)** upon:

> LAW OFFICE OF KENNETH A. LABARCA
> 305 Broadway, Suite 805
> New York, NY 10007
> (212) 962-2211
> *Attorneys for Plaintiff*

the addresses designated by said attorneys and said parties for that purpose by depositing a true copy of same enclosed in a post paid properly addressed depository, under the exclusive care and custody of United States Post Office Department within the State of New York.

_____
ROBYN LORENZO

Sworn to before me this
3rd day of September, 2008

_____
NOTARY PUBLIC

VICTOR A. VINCENZI
Notary Public, State of New York
No. 02VI4821140
Qualified in Dutchess County
Commission Expires Jan 25, 2010